UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| CBD INDUSTRIES, LLC, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. _____ |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| MAJIK MEDICINE, LLC, | ) ) | |
| Defendant. | ) ) ) | |

## EXHIBIT A

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2021-01-13 09:25:57 EST | | |
| **Mark:** | CBD MD | | |

# CBD MD

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86914580 | **Application Filing Date:** | Feb. 21, 2016 |
| **US Registration Number:** | 5173264 | **Registration Date:** | Mar. 28, 2017 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Supplemental | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Cancellation/Invalidation Pending  This trademark application has been registered with the Office, but it is currently undergoing a challenge which may result in its removal from the registry. | |
| **Amended to Principal Register:** | No | **Date Amended to Current Register:** | Dec. 14, 2016 |
| **Status:** | A cancellation proceeding is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| **Status Date:** | Apr. 24, 2019 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | CBD MD |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "CBD" |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Skin and body topical lotions, creams and oils for cosmetic use; all of the aforementioned containing CBD | | |
| **International Class(es):** | 003 - Primary Class | **U.S Class(es):** | 001, 004, 006, 050, 051, 052 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Feb. 21, 2016 | **Use in Commerce:** | Feb. 21, 2016 |
| **For:** | Medicinal creams for skin care; Medicinal herbal preparations; Medicinal oils; Herbs for medicinal purposes; all of the aforementioned containing CBD | | |
| **International Class(es):** | 005 - Primary Class | **U.S Class(es):** | 006, 018, 044, 046, 051, 052 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Feb. 21, 2016 | **Use in Commerce:** | Feb. 21, 2016 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Majik Medecine, LLC |
| **Owner Address:** | 629 Village Lane South<br>Mandeville, LOUISIANA UNITED STATES 70471 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | LOUISIANA |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Blynn L. Shideler |
| **Attorney Primary Email Address:** | Blynn@BLKLawGroup.com |
| **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | BLYNN L SHIDELER<br>3500 BROOKTREE ROAD, SUITE 200<br>WEXFORD, PENNSYLVANIA UNITED STATES 15090 |
| **Phone:** | 724-934-5450 |
| **Fax:** | 724-934-5461 |
| **Correspondent e-mail:** | blynn@blkLawGroup.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 24, 2019 | CANCELLATION INSTITUTED NO. 999999 | 71109 |
| Mar. 28, 2017 | REGISTERED-SUPPLEMENTAL REGISTER | |
| Feb. 22, 2017 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 73797 |
| Feb. 16, 2017 | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | |
| Feb. 15, 2017 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Feb. 15, 2017 | USE AMENDMENT ACCEPTED | 83184 |
| Jan. 25, 2017 | AMENDMENT TO USE PROCESSING COMPLETE | 73797 |
| Dec. 14, 2016 | USE AMENDMENT FILED | 73797 |
| Jan. 25, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 73797 |
| Jan. 25, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 73797 |
| Jan. 13, 2017 | ASSIGNED TO LIE | 73797 |
| Dec. 14, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 14, 2016 | TEAS AMENDMENT OF USE RECEIVED | |
| Jun. 14, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 14, 2016 | NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 14, 2016 | NON-FINAL ACTION WRITTEN | 83184 |
| Jun. 01, 2016 | ASSIGNED TO EXAMINER | 83184 |
| Jun. 01, 2016 | ASSIGNED TO EXAMINER | 68110 |
| Mar. 07, 2016 | ASSIGNED TO EXAMINER | 88569 |
| Mar. 07, 2016 | ASSIGNED TO EXAMINER | 83184 |
| Feb. 26, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 24, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION     **Date in Location:** Mar. 28, 2017

# Proceedings

| Summary | |
|---|---|
| **Number of Proceedings:** | 1 |

**Type of Proceeding: Cancellation**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 92071109 | **Filing Date:** | Apr 16, 2019 |
| **Status:** | Pending | **Status Date:** | Oct 26, 2020 |
| **Interlocutory Attorney:** | MIKE WEBSTER | | |

**Defendant**

| | |
|---|---|
| **Name:** | Majik Medecine, LLC |
| **Correspondent Address:** | BLYNN L SHIDELER<br>3500 BROOKTREE ROAD, SUITE 200<br>WEXFORD PA UNITED STATES , 15090 |
| **Correspondent e-mail:** | blynn@blkLawGroup.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CBD MD | Cancellation Pending | 86914580 | 5173264 |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | CBDMD, LLC |
| **Correspondent Address:** | RICHARD J OPARIL<br>ARNALL GOLDEN GREGORY LLP<br>1775 PENNSYLVANIA AVENUE NW, SUITE 1000<br>WASHINGTON DC UNITED STATES , 20006 |
| **Correspondent e-mail:** | richard.oparil@agg.com , caroline.maxwell@agg.com , scott.chambers@agg.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CBDMD SYNERGY | Suspension Letter - Mailed | 87613823 | |
| SYNERGY CBDMD | Suspension Letter - Mailed | 87613850 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Apr 16, 2019 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 24, 2019 | Jun 03, 2019 |
| 3 | INSTITUTED | Apr 24, 2019 | |
| 4 | D MOT FOR EXT W/ CONSENT | May 16, 2019 | |
| 5 | EXTENSION OF TIME GRANTED | May 16, 2019 | |
| 6 | DUPLICATE FILING (NOT CONSIDERED) | May 16, 2019 | |
| 7 | D MOT TO DISMISS: FRCP 12(B) | Jul 03, 2019 | |
| 8 | SUSP PEND DISP OF OUTSTNDNG MOT | Jul 11, 2019 | |
| 9 | P MOT FOR EXT W/ CONSENT | Jul 16, 2019 | |
| 10 | SUSP PEND DISP OF OUTSTNDNG MOT | Jul 24, 2019 | |
| 11 | P OPP/RESP TO MOTION | Aug 22, 2019 | |
| 12 | D MOT TO DISMISS: FRCP 12(B) | Sep 11, 2019 | |
| 13 | D MOT GRANTED IN PART; RESPONSE DUE | Dec 30, 2019 | |

| 14 | P AMENDED PET/CHANGE OF ADDRESS | Jan 21, 2020 |
| 15 | P CORRECTED AMENDED PET FOR CANC | Jan 22, 2020 |
| 16 | D'S MOTION AND BRIEF UNDER RULE 12(E) | Feb 14, 2020 |
| 17 | P MOT FOR EXT W/O CONSENT | Apr 14, 2020 |
| 18 | D OPP/RESP TO MOTION | Apr 14, 2020 |
| 19 | ANSWER DUE | Apr 16, 2020 |
| 20 | D MOT FOR EXT W/ CONSENT | May 11, 2020 |
| 21 | EXTENSION OF TIME GRANTED | May 12, 2020 |
| 22 | ANSWER | Jun 10, 2020 |
| 23 | D MOT FOR JGT ON PLEADINGS | Jun 17, 2020 |
| 24 | P OPP/RESP TO MOTION | Jul 14, 2020 |
| 25 | SUSP PEND DISP OF OUTSTNDNG MOT | Jul 17, 2020 |
| 26 | D REPLY IN SUPPORT OF MOTION | Jul 30, 2020 |
| 27 | PROCEEDINGS RESUMED | Oct 26, 2020 |
| 28 | D MOT FOR DISCOVERY SANCTIONS | Nov 11, 2020 |
| 29 | STIP W/DRAWAL OF MOT FOR SANCTIONS AND RESETTING OF DEADLINES | Nov 19, 2020 |
| 30 | TRIAL DATES RESET | Jan 08, 2021 |