UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CBD INDUSTRIES, LLC, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. _____ |
| v. | )<br>) JURY TRIAL DEMANDED |
| MAJIK MEDICINE, LLC, | )<br>) |
| Defendant. | )<br>) |

**EXHIBIT B**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

Serial Number: 86914580

Filing Date: 02/21/2016

NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | CBD MD |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | CBD MD |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Majik Medecine, LLC |
| *STREET | 629 Village Lane South |
| *CITY | Mandeville |
| *STATE (Required for U.S. applicants) | Louisiana |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 70471 |
| PHONE | 985-259-5040 |
| EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Louisiana |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 003 |
| *IDENTIFICATION | Skin and body topical lotions, creams and oils for cosmetic use |
| *FILING BASIS | SECTION 1(b) |

| | |
|---|---|
| *INTERNATIONAL CLASS | 005 |
| *IDENTIFICATION | Medicinal creams for skin care; Medicinal herbal preparations; Medicinal oils; Herbs for medicinal purposes |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | On-line wholesale store services featuring **cosmetic and herbal products**; On-line wholesale store services featuring **cbd sales** |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| DISCLAIMER | No claim is made to the exclusive right to use CBD apart from the mark as shown. |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Majik Medecine, LLC |
| FIRM NAME | Majik Medecine, LLC |
| *STREET | 629 Village Lane South |
| *CITY | Mandeville |
| *STATE (Required for U.S. addresses) | Louisiana |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 70471 |
| PHONE | 985-259-5040 |
| *EMAIL ADDRESS | aabundanthealth@aol.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 3 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 675 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /christy peachey/ |
| * SIGNATORY'S NAME | christy peachey |
| * SIGNATORY'S POSITION | Owner |

| | |
|---|---|
| **SIGNATORY'S PHONE NUMBER** | 985-259-5040 |
| **\* DATE SIGNED** | 02/21/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

Serial Number: 86914580
Filing Date: 02/21/2016

## To the Commissioner for Trademarks:

**MARK:** CBD MD (Standard Characters, see mark)
The literal element of the mark consists of CBD MD.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Majik Medecine, LLC, a limited liability company legally organized under the laws of Louisiana, having an address of
  629 Village Lane South
  Mandeville, Louisiana 70471
  United States
  985-259-5040(phone)
  XXXX (not authorized)

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 003:  Skin and body topical lotions, creams and oils for cosmetic use
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 005:  Medicinal creams for skin care; Medicinal herbal preparations; Medicinal oils; Herbs for medicinal purposes
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 035:  On-line wholesale store services featuring cosmetic and herbal products; On-line wholesale store services featuring cbd sales
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**Disclaimer**
No claim is made to the exclusive right to use CBD apart from the mark as shown.

The applicant's current Correspondence Information:
  Majik Medecine, LLC
  Majik Medecine, LLC
  629 Village Lane South
  Mandeville, Louisiana 70471
  985-259-5040(phone)
  aabundanthealth@aol.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $675 has been submitted with the application, representing payment for 3 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /christy peachey/   Date Signed: 02/21/2016
Signatory's Name: christy peachey
Signatory's Position: Owner


RAM Sale Number: 86914580
RAM Accounting Date: 02/22/2016

Serial Number: 86914580
Internet Transmission Date: Sun Feb 21 18:25:21 EST 2016
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XX-2016022118252111
4778-86914580-550288f1743469aa5a038969c2
17638c32348b9936cff787ff58a9a553f1acff52
4-CC-8217-20160221172830387766

# CBD MD