UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CBD INDUSTRIES, LLC, | ) |
| Plaintiff, | ) Civil Action No. _____ |
| v. | ) JURY TRIAL DEMANDED |
| MAJIK MEDICINE, LLC, | ) |
| Defendant. | ) |

**EXHIBIT D**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Amendment to Allege Use
# (15 U.S.C. Section 1051(c))

**The table below presents the data as entered.**

| Input Field | Entered |
| --- | --- |
| SERIAL NUMBER | 86914580 |
| LAW OFFICE ASSIGNED | LAW OFFICE 108 |
| EXTENSION OF USE | NO |
| MARK SECTION | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/86914580/large |
| LITERAL ELEMENT | CBD MD |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| MISCELLANEOUS STATEMENTS SECTION | |
| MISCELLANEOUS STATEMENT | The identification of goods for the two identified classes are being amended concurrently with this submission in accordance with the examiner's request to clarify the goods , the attached specimens are appropriate for all the goods identified in the amended descriptions |
| OWNER SECTION (current) | |
| NAME | Majik Medecine, LLC |
| STREET | 629 Village Lane South |
| CITY | Mandeville |
| STATE | Louisiana |
| ZIP/POSTAL CODE | 70471 |
| COUNTRY | United States |
| PHONE | 985-259-5040 |
| EMAIL | XXXX |
| OWNER SECTION (proposed) | |
| NAME | Majik Medicine, LLC |
| STREET | 629 Village Lane South |
| CITY | Mandeville |
| STATE | Louisiana |
| ZIP/POSTAL CODE | 70471 |
| COUNTRY | United States |

| | |
|---|---|
| **PHONE** | 985-259-5040 |
| **EMAIL** | XXXX |
| **ATTORNEY SECTION (new)** | |
| **NAME** | Blynn L. Shideler |
| **FIRM NAME** | The BLK Law Group |
| **INTERNAL ADDRESS** | Suite 200 |
| **STREET** | 3500 Brooktree Road |
| **CITY** | Wexford |
| **STATE** | Pennsylvania |
| **POSTAL CODE** | 15090 |
| **COUNTRY** | United States |
| **PHONE** | 724-934-5450 |
| **FAX** | 724-934-5461 |
| **EMAIL** | Blynn@BLKLawGroup.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | Majik-1601 |
| **CORRESPONDENCE SECTION (current)** | |
| **NAME** | MAJIK MEDECINE, LLC |
| **FIRM NAME** | MAJIK MEDECINE, LLC |
| **STREET** | 629 VILLAGE LANE SOUTH |
| **CITY** | MANDEVILLE |
| **STATE** | Louisiana |
| **POSTAL CODE** | 70471 |
| **COUNTRY** | United States |
| **PHONE** | 985-259-5040 |
| **EMAIL** | aabundanthealth@aol.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | Blynn L. Shideler |
| **FIRM NAME** | The BLK Law Group |
| **INTERNAL ADDRESS** | Suite 200 |
| **STREET** | 3500 Brooktree Road |
| **CITY** | Wexford |
| **STATE** | Pennsylvania |
| **POSTAL CODE** | 15090 |
| **COUNTRY** | United States |
| **PHONE** | 724-934-5450 |
| **FAX** | 724-934-5461 |

| | |
|---|---|
| **EMAIL** | Blynn@BLKLawGroup.com; cbelleci@BLKLawGroup.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | Majik-1601 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 003 |
| **CURRENT IDENTIFICATION** | Skin and body topical lotions, creams and oils for cosmetic use |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 02/21/2016 |
| **FIRST USE IN COMMERCE DATE** | 02/21/2016 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\869\145\86914580\xml2\AAU0002.JPG |
| **SPECIMEN DESCRIPTION** | Image of the product packaging containing the goods |
| **INTERNATIONAL CLASS** | 005 |
| **CURRENT IDENTIFICATION** | Medicinal creams for skin care; Medicinal herbal preparations; Medicinal oils; Herbs for medicinal purposes |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 02/21/2016 |
| **FIRST USE IN COMMERCE DATE** | 02/21/2016 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\869\145\86914580\xml2\AAU0003.JPG |
| **SPECIMEN DESCRIPTION** | Image of the product packaging containing the goods |
| **INTERNATIONAL CLASS** | 035 |
| **CURRENT IDENTIFICATION** | On-line wholesale store services featuring cosmetic and herbal products; On-line wholesale store services featuring cbd sales |
| **GOODS OR SERVICES** | DELETE ALL ITU GOODS/SERVICES IN THIS CLASS |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 2 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 200 |
| **TOTAL AMOUNT** | 200 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Blynn L. Shideler/ |
| **SIGNATORY'S NAME** | Blynn L. Shideler |
| **SIGNATORY'S POSITION** | Attorney of Record/PA Bar Member |
| **DATE SIGNED** | 12/14/2016 |
| **SIGNATORY'S PHONE NUMBER** | 724-934-5450 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Wed Dec 14 19:21:38 EST 2016 |
| | USPTO/AAU-XXX.XXX.XXX.XX- |

| | |
|---|---|
| **TEAS STAMP** | 20161214192138155296-86914580-570117a19df7c2ea4e94fd5ea985ad7e7321f22d5673cc5a05c3a41ed52568c6593-CC-6415-20161214190850843630 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Amendment to Allege Use
## (15 U.S.C. Section 1051(c))

To the Commissioner for Trademarks:
**MARK:** CBD MD(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/86914580/large)
**SERIAL NUMBER:** 86914580

The applicant, Majik Medicine, LLC, having an address of
    629 Village Lane South
    Mandeville, Louisiana 70471
    United States
    985-259-5040
    XXXX (not authorized)
is submitting the following allegation of use information:

For International Class 003:
Current identification: Skin and body topical lotions, creams and oils for cosmetic use

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 02/21/2016, and first used in commerce at least as early as 02/21/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Image of the product packaging containing the goods.
Specimen File1


For International Class 005:
Current identification: Medicinal creams for skin care; Medicinal herbal preparations; Medicinal oils; Herbs for medicinal purposes

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 02/21/2016, and first used in commerce at least as early as 02/21/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Image of the product packaging containing the goods.
Specimen File1


For International Class 035:
Current identification: On-line wholesale store services featuring cosmetic and herbal products; On-line wholesale store services featuring cbd sales

All ITU goods/services in this class are to be deleted


The applicant is not filing a Request to Divide with this Allegation of Use form.

**MISCELLANEOUS STATEMENTS**
The identification of goods for the two identified classes are being amended concurrently with this submission in accordance with the examiner's request to clarify the goods , the attached specimens are appropriate for all the goods identified in the amended descriptions

The applicant's current Correspondence Information: MAJIK MEDECINE, LLC of  MAJIK MEDECINE, LLC

    629 VILLAGE LANE SOUTH
    MANDEVILLE, Louisiana 70471
    United States

The applicant's proposed Correspondence Information: Blynn L. Shideler of The BLK Law Group
    Suite 200
    3500 Brooktree Road
    Wexford, Pennsylvania 15090
    United States
The docket/reference number is Majik-1601.

The phone number is 724-934-5450.

The fax number is 724-934-5461.

The email address is Blynn@BLKLawGroup.com;cbelleci@BLKLawGroup.com.
The applicant hereby appoints Blynn L. Shideler of The BLK Law Group
    Suite 200
    3500 Brooktree Road
    Wexford, Pennsylvania 15090
    United States
to submit this Trademark/Service Mark Amendment to Allege Use on behalf of the applicant. The docket/reference number is Majik-1601.

The phone number is 724-934-5450.

The fax number is 724-934-5461.

The email address is Blynn@BLKLawGroup.com.

A fee payment in the amount of $200 will be submitted with the form, representing payment for the allegation of use for 2 classes.

## Declaration

STATEMENTS: The signatory believes that: if the applicant is filing the amendment to allege use under 15 U.S.C. §1051(c) or a statement of use under 15 U.S.C. §1051(d), the applicant is the owner of the mark sought to be registered; the mark is in use in commerce; **for a trademark or service mark application**, the applicant is using the mark in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified; **for a collective trademark, collective service mark, collective membership mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified; **for a certification mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant; that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive; and the specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Blynn L. Shideler/    Date Signed: 12/14/2016
Signatory's Name: Blynn L. Shideler
Signatory's Position: Attorney of Record/PA Bar Member
Signatory's Phone: 724-934-5450

Mailing Address:

The BLK Law Group
Suite 200
3500 Brooktree Road
Wexford, Pennsylvania 15090

RAM Sale Number: 86914580
RAM Accounting Date: 12/15/2016

Serial Number: 86914580
Internet Transmission Date: Wed Dec 14 19:21:38 EST 2016
TEAS Stamp: USPTO/AAU-XXX.XXX.XXX.XX-201612141921381
55296-86914580-570117a19df7c2ea4e94fd5ea
985ad7e7321f22d5673cc5a05c3a41ed52568c65
93-CC-6415-20161214190850843630



