IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-069-RJC-DCK

| | |
|---|---|
| **CBD INDUSTRIES, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **MAJIK MEDICINE, LLC,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Mark Kutny, concerning Kevin M. Bell, on March 5, 2021. Kevin M. Bell seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Kevin M. Bell is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: March 5, 2021

David C. Keesler
United States Magistrate Judge