# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-069-RJC-DCK

| | |
|---|---|
| **CBD INDUSTRIES, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MAJIK MEDICINE, LLC,** )<br>)<br>**Defendant**. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Mark Kutny, concerning Richard J. Oparil, on March 5, 2021. Richard J. Oparil seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Richard J. Oparil is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: March 5, 2021

David C. Keesler
United States Magistrate Judge