IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-069-RJC-DCK

| | |
|---|---|
| **CBD INDUSTRIES, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **MAJIK MEDICINE, LLC,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by J. Christopher Jackson, concerning Blynn L. Shideler, on April 12, 2021. Blynn L. Shideler seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Blynn L. Shideler is hereby admitted *pro hac vice* to represent Defendant.

Signed: April 13, 2021

David C. Keesler
United States Magistrate Judge