# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-069-RJC-DCK

| | |
|---|---|
| CBD INDUSTRIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MAJIK MEDICINE, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff CBD Industries, LLC's "Consent Motion For Extension Of Time To Respond To Counterclaim" (Document No. 22) filed May 6, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff CBD Industries, LLC's "Consent Motion For Extension Of Time To Respond To Counterclaim" (Document No. 22) is **GRANTED**. Plaintiff shall file an Answer, or otherwise respond to Defendant's Counterclaim, on or before **July 6, 2021**.

**SO ORDERED.**

Signed: May 6, 2021

David C. Keesler
United States Magistrate Judge