# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-069-RJC-DCK

| | |
|---|---|
| CBD INDUSTRIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MAJIK MEDICINE, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 34) filed by Mark R. Kutny, concerning Matthew D. Zapadka, on September 23, 2021. Matthew D. Zapadka seeks to appear as counsel *pro hac vice* for CBD Industries, LLC and cbdMD, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 34) is **GRANTED**. Matthew D. Zapadka is hereby admitted *pro hac vice* to represent CBD Industries, LLC and cbdMD, Inc.

**SO ORDERED**.

Signed: September 23, 2021

David C. Keesler
United States Magistrate Judge