IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-069-RJC-DCK

| | |
|---|---|
| CBD INDUSTRIES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MAJIK MEDICINE, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) filed by Mark R. Kutny, concerning Erin N. Winn, on May 17, 2022. Erin N. Winn seeks to appear as counsel *pro hac vice* for CBD Industries, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) is **GRANTED**. Erin N. Winn is hereby admitted *pro hac vice* to represent CBD Industries, LLC.

**SO ORDERED**.

Signed: May 17, 2022

David C. Keesler
United States Magistrate Judge